# MASTER CONTRACT

between

## UNITED STATES MARITIME ALLIANCE, LTD.
(For and on Behalf of Management)

and

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO
(For and on Behalf of Itself and Each of Its Affiliated Districts and Locals Representing Longshoremen, Clerks, Checkers and Maintenance Employees Working On Ships and Terminals in Ports on the East and Gulf Coasts of the United States)

Effective October 1, 2004 For The Six-Year Term Expiring on September 30, 2010





PLAINTIFF'S EXHIBIT A