# MASTER CONTRACT

between

## UNITED STATES MARITIME ALLIANCE, LTD.
(For and on Behalf of Management)

and

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO
(For and on Behalf of Itself and Each of Its Affiliated Districts and Locals Representing Longshoremen, Clerks, Checkers and Maintenance Employees Working On Ships and Terminals in Ports on the East and Gulf Coasts of the United States)

Effective October 1, 2004 For The Six-Year Term Expiring on September 30, 2010




PLAINTIFF'S EXHIBIT C

# PREAMBLE

THIS COLLECTIVE BARGAINING AGREEMENT made and entered into on the 28th day of June, 2004, by and between **UNITED STATES MARITIME ALLIANCE, LTD. ("USMX")** for and on behalf of its members and any stevedores, marine terminal operators and carriers which may hereafter become members of USMX or which may hereafter subscribe to this Agreement (hereinafter sometimes collectively referred to as "Management") and the **INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO ("ILA")** for and on behalf of itself and each of its affiliated districts and locals representing longshoremen, clerks, checkers, and maintenance employees working on ships and terminals in ports on the East and Gulf Coasts of the United States constitutes the Master Contract establishing the terms and conditions of employment for longshoremen, clerks, checkers, and maintenance employees employed in container and roll-on/roll-off ("ro-ro") operations at ports on the East and Gulf Coasts of the United States.

# ARTICLE I
# SCOPE OF AGREEMENT

**Section 1.    Management.**

The multiemployer Management group bound to the Master Contract consists of the carriers, stevedores, marine terminal operators, and port associations that are members of USMX; the carriers, stevedores, and marine terminal operators that are members of the port associations that are members of USMX; and the carriers, stevedores, and marine terminal operators that hereafter become members of USMX or hereafter subscribe to this Master Contract as well as those carriers and other employers bound hereto by operation of law.

1

**Section 2.    Recognition.**
Management recognizes the ILA as the exclusive bargaining representative of longshoremen, clerks, checkers, and maintenance employees who are employed on ships and terminals in all ports on the East and Gulf Coasts of the United States, inclusive from Maine to Texas, and the ILA recognizes USMX as the exclusive employer representative in such ports on Master Contract issues.

**Section 3.    Complete Labor Agreement.**
This Master Contract is a full and complete agreement on all Master Contract issues relating to the employment of longshore employees on container and ro-ro vessels and container and ro-ro terminals in all ports from Maine to Texas at which ships of USMX carriers and carriers that are subscribers to this Master Contract may call. This Master Contract as supplemented by local bargaining constitutes a complete and operative labor agreement.

**Section 4.    Local Bargaining.**
The port associations which are bound by this Master Contract will engage in local negotiations on those bargaining subjects left open to local negotiations by USMX and ILA. Local agreements must be consistent with and will supplement the terms and conditions of the Master Contract in the local ports covered by this Master Contract.

# ARTICLE II
# WAGES

**Section 1.    Wage Increases - Current Employees.**
(a)    Employees whose straight-time basic wage rate in effect on September 30, 2004, is more than $21.00 per hour shall receive the following increases in their straight-time basic wage rate:

| **Effective Date** | **Increase** |
| --- | --- |
| October 1, 2004 | $1.00 per hour |
| October 1, 2006 | $1.00 per hour |
| October 1, 2008 | $1.00 per hour |
| October 1, 2009 | $1.00 per hour |

2