# MASTER CONTRACT

between

## UNITED STATES MARITIME ALLIANCE, LTD.
(For and on Behalf of Management)

and

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO

(For and on Behalf of Itself and Each of Its Affiliated Districts and Locals Representing Longshoremen, Clerks, Checkers and Maintenance Employees Working On Ships and Terminals in Ports on the East and Gulf Coasts of the United States)



Effective October 1, 2004 For The Six-Year Term Expiring on September 30, 2010


PLAINTIFF'S EXHIBIT

work for them at facilities operated by them. No persons or entities shall have any right to any part of any benefit flowing from this Master Contract unless they or any entities or local unions that represent them have subscribed to and agreed to be bound by this Master Contract. Such subscription shall be accomplished only with the joint consent of USMX and the ILA as to persons who are not members of USMX or of any port association member of USMX.

### Section 3. Fringe Benefit Assessment.

No assessment for fringe benefits or any other expense shall be imposed upon the carrier members of USMX or carrier signatories to this Master Contract, or any of them, by any entity, whether Management, Labor or Joint, which is not a named party to this Master Contract without the prior written authorization of USMX. No change in any fringe benefit assessment by any port or district shall be made without prior consultation with USMX and the ILA.

# ARTICLE XVIII
# MISCELLANEOUS

### Section 1. Headings.

The article and section headings contained in this Master Contract are inserted for convenience only and shall not affect in any way the meaning or interpretation of this Master Contract.

### Section 2. Severability.

Should any provision of this Master Contract or any trust agreement created hereunder be voided or otherwise held to be unenforceable by any tribunal of any kind, then USMX and the ILA shall immediately meet for the purpose of substituting provisions designed to accomplish the same purposes. Any disagreement under this provision shall be arbitrable in accordance with the provisions of Section 6 of Article XIII of this Master Contract.

### Section 3. Ratification.

This Master Contract settles all issues between the parties and has been ratified by the members of USMX and by the members of the ILA.

**Section 4.    Amendments.**
No amendment of any provision of this Master Contract shall be valid unless the same shall be in writing and signed by the parties.


**IN WITNESS WHEREOF** the parties hereto have executed this Master Contract as of the date first above written.

| UNITED STATES | INTERNATIONAL LONGSHOREMEN'S |
| MARITIME ALLIANCE, LTD. | ASSOCIATION, AFL-CIO |

S / James A. Capo            S / John Bowers

James A. Capo,               John Bowers,
Chairman/CEO                 President

35