
**PLAINTIFF'S EXHIBIT**

# Subscription
## To the Master Contract
### between the
### United States Maritime Alliance, LTD.
### and the
### International Longshoremen's Association, AFL-CIO
### (Effective August 4, 2004 thru September 30, 2012)

The undersigned employer hereby agrees to be bound by all of the provisions of the Master Contract Agreement between the USMX and International Longshoremen's Association, AFL-CIO covering the South Atlantic and Gulf Coast District, ILA, including the Port of Charleston, SC, and all local conditions and subsequent amendments thereto. The undersigned employer also agrees to be bound by all subsequent agreements unless timely notice is given. The Parties to this Agreement understand and agree that this Agreement does not create any greater obligation on the part of the individual Members of Charleston Gate, LLC to their direct employees than they already have under the Agreements to which they are already signatories.

**South Atlantic and Gulf Coast District, ILA, AFL-CIO**

By: Sign _[signature]_    Print _CLYDE FITZGERALD_
Representative

Date _1-31-11_

**International Longshoremen's Association, AFL-CIO, Local 1771, Charleston, SC**

By: Sign _[signature]_    Print _[printed name]_
Representative

Date _1-2_ _2011_

**Charleston Gate, LLC**

By: Sign _[signature]_    Print _LARRY YOUNG_
Representative

Date _1/21/11_

WHAT DOES "NO GREATER OBLIGATION ON CHAR. GATE, LLC" MEAN?