# MASTER CONTRACT

between

## UNITED STATES
## MARITIME ALLIANCE, LTD.
(For and on Behalf of Management)

and

## INTERNATIONAL
## LONGSHOREMEN'S
## ASSOCIATION, AFL-CIO

(For and on Behalf of Itself and Each of Its
Affiliated Districts and Locals Representing
Longshoremen, Clerks, Checkers and
Maintenance Employees Working On Ships
and Terminals in Ports on the East and
Gulf Coasts of the United States)

Effective October 1, 2004 For The Six-Year Term
Expiring on September 30, 2010





PLAINTIFF'S
EXHIBIT

PENGAD-Bayonne, N. J.

## APPENDIX C

### LETTER AGREEMENT
### RE: ILA JURISDICTION

 **Carriers Container Council, Inc.**
One Evertrust Plaza
Jersey City, N.J. 07302
(201) 333-8250    Fax: (201) 333-6668

August 29, 1996

John Bowers, President
International Longshoremen's Association, AFL-CIO
17 Battery Place
New York, New York 10004

Re:   ILA Jurisdiction

Dear Mr. Bowers:

During the negotiation of the Master Contract, the parties have met and resolved all of the issues with respect to jurisdiction. Recognition was given to the fact that in certain ports the ILA's jurisdiction has not extended to all work on ships and terminals.

The parties have agreed to the creation of a joint committee for the purpose of meeting with representatives of port authorities on issues of jurisdiction.

You and I have agreed that during the course of these meetings we will seek to have the port authorities recognize ILA jurisdiction as set forth in paragraphs, 11 and 12, of the new Master Agreement covering the jurisdiction of ILA checkers and clerks, longshoremen and maintenance men. In these meetings we will emphasize the following tasks to be performed by ILA employees:

a)   All work on cargo received into the terminal, placed on the ships, loaded and unloaded from vessels and delivered

43

at other immediate pier area, shed, warehouse and terminal by any means of transportation.

b) The preparation of vessel loading and discharge sequence lists.

c) Cargo stowage in the vessel and reporting of such stowage including preparation of sequence sheets and prestow plans for the use of supervisors, foreman, clerks and checkers in loading and discharging the vessel in accordance with the employer's instructions.

d) All location work performed by longshoremen, checkers and clerks involving locating of all containers, chassis and/ or cargo to be loaded, discharged or restowed to or from the vessel.

e). Physically handling cargo involved in the receipt and delivery of containers, chassis, equipment and cargo received and delivered by all ILA labor on the pier, shed, warehouse or terminal.

f) Where directed by Management, the weighing of containers and cargo.

g) Verification and recording of the loading of containers, chassis and/or cargo to and from vessels, barges or terminal.

The above is not intended to be a full and total description of the work of the ILA personnel in port areas where the ILA may have traditionally and regularly performed such work and is not intended to impinge on the work jurisdiction of other personnel or labor organizations whose employees now perform such work and services.

Sincerely,

S / David J. Tolan
_____
David J. Tolan, Chairman

44