

# MASTER CONTRACT

between

## UNITED STATES MARITIME ALLIANCE, LTD.
(For and on Behalf of Management)

and

## INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO
(For and on Behalf of Itself and Each of Its Affiliated Districts and Locals Representing Longshoremen, Clerks, Checkers and Maintenance Employees Working On Ships and Terminals in Ports on the East and Gulf Coasts of the United States)

Effective October 1, 2004 For The Six-Year Term Expiring on September 30, 2010



Midnight to 1:00 A.M. Work shall be performed during meal hours on arrival or sailing days to complete discharging or loading a hatch, or by mutual agreement of the local ILA and port association in the ports or districts covered by this Master Contract.

# ARTICLE IV
# LOCAL FRINGE BENEFIT CONTRIBUTIONS

### Section 1. Contributions.
Contributions for local pension, welfare, and other employee fringe benefits shall be increased as follows:

| Effective Date | Increase |
|---|---|
| October 1, 2004 | $1.00 per hour, raising the total rate from $11.00 to $12.00 per hour, of which $5.00 per hour shall be paid to the Management-ILA Managed Health Care Trust Fund (hereinafter "MILA"). |
| October 1, 2006 | $0.50 per hour, raising the total rate from $12.00 to $12.50 per hour, of which $5.00 per hour shall be paid to MILA. |
| October 1, 2008 | $0.50 per hour raising the total rate from $12.50 to $13.00 per hour, of which $5.00 per hour shall be paid to MILA. |

### Section 2. Guarantee of Contributions.
Management guarantees that during the term of this Master Contract the additional contributions made pursuant to Article IV, Section 1 of this Master Contract shall be not less than $124.4 million.

### Section 3. Allocation of Contributions.
The contributions set forth in Article IV, Section 1 of this Master Contract may be allocated to fund not only pension and welfare benefits but also any other fringe benefits as agreed to by the local ILA and port association in each of the ports or districts covered by this Master Contract, except that $5.00 per hour worked in each port or district shall be paid to MILA.

### Section 4. Limitation on Contributions.
No man-hour contributions other than those set forth in Article IV, Section 1 of this Master Contract shall be imposed in any port or district except existing contributions in effect on September 30, 2004, which may not be increased during the term of this Master Contract. No tonnage assessment (not in effect on the effective date of this Master Contract) shall be imposed on containerization or ro-ro operations by any local ILA or port association in any port or district covered by this Master Contract during the life of this Master Contract.

# ARTICLE V
# UTILIZATION OF WORK FORCE

### Section 1. New Employees.
(a) New employees shall be required to pass a mandatory physical examination and a drug test as established by Management and the ILA after they are offered employment and before they engage in any services.

(b) New employees shall also be required to pass ability and proficiency tests approved by Management and the ILA and shall also be required to be recertified every two (2) years in the case of equipment operators, clerical employees, and maintenance employees.

### Section 2. Training.
Employees who operate or otherwise handle, or are selected to operate or otherwise handle, wheeled equipment, cranes or other moving equipment or who perform maintenance or clerical work shall receive such training as may be required from time-to-time by Management and shall be subject to such recertification requirements as shall be established by Management and the ILA, including a

physical examination designed by Management and the ILA to demonstrate the employee's ability to perform the essential functions of the employee's job.

**Section 3. Flex-Time.**

(a) **Terminals.** Each local port or district must institute a flex-time system at waterfront terminals for the receiving and delivery of containers and chassis and for work associated with these functions with the details of flex-time to be worked out on a local basis in accordance with the following basic principles:

(i) For all hours worked before 8:00 A.M. and after 5:00 P.M., the wage rate shall be 1 and 1/4 times the straight-time basic hourly rate except on Saturdays, Sundays and holidays, when the wage rate of 1 and 1/2 times the straight-time basic hourly rate shall apply.

(ii) The minimum hourly guarantees shall begin at the time the employees begin work.

(iii) After eight (8) hours worked in any day, the overtime rate of 1 and 1/2 times the straight-time basic hourly rate shall apply.

(iv) Starting times and meal hours are local issues.

(b) **Ship Operations.** Any port or district may implement a ship or barge operation flex-time system which shall provide for flexible starting times and shift operations. The minimum hourly guarantees shall begin at the time the employees begin work. Starting times and meal hours are local issues.

**Section 4. Gang Size.**

(a) **Longshore Gang.** A two-employee reduction in the total operation of the longshore gang for container and ro-ro ships went into effect on October 1, 1996, and an additional one-employee reduction went into effect on October 1, 1998. These reductions had to be made from other than drivers and/or crane operators. These reductions shall remain in effect during the term of this Master Contract.

(b) **Feeder Barge Gang.** The same reductions in the minimum gang size set forth in Article V, Section 4(a) of this Master Contract went into effect for a feeder barge gang under the Feeder Barge Agreement, which is limited to barges with a capacity of up to 350 containers. These reductions shall remain in effect during the term of this Master Contract.

(c) **Small Boat Gang.** The same reductions in the gang size set forth in Article V, Section 4(a) of this Master Contract went into effect under the Small Boat Agreement, which is limited to ships with a capacity of up to 500 TEUs. These reductions shall remain in effect during the term of this Master Contract.

**Section 5. Staffing.**

(a) **Checker.** One (1) checker shall be assigned to a longshore gang.

(b) **LTL Staffing.** The minimum stuffing and stripping gang for loading and unloading containers shall consist of one (1) longshoreman and one (1) checker, who shall work as directed on one or more containers or trucks simultaneously.

**Section 6. Local Bargaining.**

Subject to the provisions of Article V of this Master Contract, manning, staffing, and the number and use of employees in all crafts shall be the subjects of local bargaining for the purposes of improving port productivity.

# ARTICLE VI
# DRUG AND ALCOHOL PROGRAMS

**Section 1. Local Plans.**

The drug and alcohol program now in effect in each port and district should include the following provisions:

(a) Every test shall allow for the splitting of the sample. In a positive test the employee would have the right to request a retest done at another approved laboratory.